# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW KINSMAN** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:12-1952 |
| v | : | (JUDGE MANNION) |
| **OSRAM SYLVANIA, INC.** | : | |
| Defendant | : | |

## MEMORANDUM

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) The defendant's motion for summary judgment, (Doc. 15), is **GRANTED**;

(2) the plaintiff's motion for summary judgment, (Doc. 23), is **DENIED**;

(3) the clerk is **ORDERED** to enter judgment in favor of the defendant, Osram Sylvania, Inc.;

(4) the clerk is further **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: June 10, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1952-01-ORDER.wpd